| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Peter M. Lively, 162686<br>Ilya B. Volk, 272407<br>Law Office of Peter M. Lively<br>11268 Washington Boulevard, Suite 203<br>Culver City, California 90230-4647<br>Telephone: (310) 391-2400<br>Facsimile: (310) 391-2462<br>Email: Peter@PeterMLively.com<br><br>☐ Movant(s) appearing without an attorney<br>☒ Attorney for Movant(s) | FOR COURT USE ONLY |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>MARK VINCENT KAPLAN<br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-16187-RK<br>CHAPTER: 11<br><br>**DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On: __5/11/2015__ Movant(s) filed a motion entitled: Notice of Motion and Motion in Individual Chapter 11 Case for Order Pursuant to 11 U.S.C. § 363 Setting Budget for Interim Use of Estate Property

3. A copy of the motion and notice of motion is attached hereto.

4. On __5/11/2015__, Movant(s) served a copy of ☐ the notice of motion or ☒ the motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline for filing and serving a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).

6. More than __17__ days have passed since Movant(s) served the notice of motion.

7. I have checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing has been timely filed.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2013                                                      Page 1                                    F 9013-1.2.NO.HEARING.DEC

F 9013-1.2.NO.HEARING.DEC

8. No response and request for hearing has been timely served on Movant(s) at the street address, email address, or facsimile number specified in the notice of motion.

9. Based upon the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

WHEREFORE, Movant(s) requests that the motion be granted and an order be entered without a hearing on the motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 5/29/2015

Signature

Peter M. Lively
Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

February 2013    Page 2    F 9013-1.2.NO.HEARING.DEC

2:15-bk-16187-RK Mark Vincent Kaplan

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Los Angeles) |
| Assets: y | Judge: RK | Case Flag: Repeat-cacb, PlnDue, DsclsDue, RepeatPACER |

## U.S. Bankruptcy Court

## Central District Of California

Notice of Electronic Filing

The following transaction was received from Peter M Lively entered on 5/11/2015 at 5:43 PM PDT and filed on 5/11/2015
**Case Name:**       Mark Vincent Kaplan
**Case Number:**     2:15-bk-16187-RK
**Document Number:** 16

**Docket Text:**
Notice of Motion and Motion in Individual Ch 11 Case for Order Pursuant to 11 U.S.C. Sec. 363 Setting Budget for Interim Use of Estate Property as Defined in 11 U.S.C. Sec. 1115 *with proof of service* Filed by Debtor Mark Vincent Kaplan (Lively, Peter)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Kaplan; Notice Motion Setting Budget 05-11-15ecf.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=5/11/2015] [FileNumber=79201239-0] [ad646d66e8552e23622f5bc6a7220d2e9afad40cec4ddeeb4eaac64da7f2939d467114e576690f37b1b9899975f8b8b4e9341fd7c86fe6cb20e8327405578726]]

**2:15-bk-16187-RK Notice will be electronically mailed to:**

Peter M Lively on behalf of Debtor Mark Vincent Kaplan
PeterMLively2000@yahoo.com, PeterMLively2000@yahoo.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:15-bk-16187-RK Notice will not be electronically mailed to:**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Peter M. Lively, 162686<br>Ilya B. Volk, 272407<br>Law Office of Peter M. Lively<br>11268 Washington Blvd., Suite 203<br>Culver City, CA 90230-4647<br>Telephone: (310) 391-2400<br>Facsimile: (310) 391-2462<br>Email: Peter@PeterMLively.com<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* Mark Vincent Kaplan | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>MARK VINCENT KAPLAN<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-16187-RK<br>CHAPTER: 11<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER PURSUANT TO 11 U.S.C. § 363 SETTING BUDGET FOR INTERIM USE OF ESTATE PROPERTY AS DEFINED IN 11 U.S.C. § 1115**<br><br>This motion is being made under <u>**ONLY ONE**</u> of the following notice procedures:<br><br>☑ **No hearing unless requested under LBR 9013-1(o)(4); or**<br>☐ Hearing requested on emergency basis: LBR 9075-1(a); or<br>☐ Hearing requested on shortened notice: LBR 9075-1(b); or<br>☐ Hearing set on regular notice: LBR 9013-1(c):<br><br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

1. **PLEASE TAKE NOTICE THAT** Debtor moves this court for an order setting a budget for interim use of estate property as defined in 11 U.S.C. § 1115.

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                                                                 Page 1                                      F 2081-1.2.MOTION.BUDGET

a copy of your opposition upon the Debtor and Debtor's attorney and the United States trustee, and also serve a copy on the judge pursuant to LBR 5005-2(d) and the Court Manual.

a. [✓] **No Hearing Scheduled; Notice Provided Under LBR 9013-1(o):** This Motion is filed by Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

b. [ ] **Hearing Requested on Emergency Basis under LBR 9075-1(a):** Hearing Requested on Emergency Basis under LBR 9075-1(a): Debtor has contacted the court and requested an emergency hearing on less than 48 hours notice. If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for the Debtor to file and serve the Motion and the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, the Debtor will provide written notice of a regular hearing date or other disposition of this motion and the deadline for filing an opposition.

c. [ ] **Hearing Requested on Shortened Notice under LBR 9075-1(b):** Debtor has filed a separate motion asking the court to set a hearing on shortened notice, titled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Debtor will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document. If the court denies the Application, the Debtor will provide written notice of a regular hearing date or other proposed disposition of this motion.

d. [ ] **Hearing Set on Regular Notice; Notice Provided Under LBR 9013-1(c):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(c). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing**. Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

e. [ ] Other (specify): _____

Date: 5/8/15

By: _/s/ Mark Vincent Kaplan_
Signature of Debtor

Name: Mark Vincent Kaplan
Printed name of Debtor

Date: 5/1/15

By: _/s/_
Signature of attorney for Debtor, if any

Name: Peter M. Lively
Printed name of attorney for Debtor, if any

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

### MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 363 SETTING BUDGET FOR INTERIM USE OF ESTATE PROPERTY AS DEFINED IN 11 U.S.C. § 1115

In order for the Debtor to reorganize effectively, Debtor must pay for reasonable actual household and/or business expenses.

1. Debtor's postpetition income is property of the estate pursuant to 11 U.S.C. § 1115.

2. Debtor requires the use of property of the estate to provide for reasonable and necessary living expenses, tax withholdings and ongoing payroll check reductions.

3. Debtor has filed Debtor's Schedules I & J showing projected gross income, tax withholdings, other deductions and necessary living expenses with the court. Copies are attached as Exhibit A & Exhibit B, respectively, to the declaration accompanying this Motion. The Debtor's gross income, tax withholdings and other deductions are set forth in Exhibit A and the Debtor's budget of approximate expenses by category is set forth in Exhibit B.

4. Debtor requests approval for all deductions from gross income listed on Schedule I. Debtor requests use of $45,418.00, which is the total amount stated at line 18 of Schedule J.

5. Debtor understands that Debtor is not authorized to use Cash Collateral without the permission of the secured creditor or a separate order of this court.

6. Debtor understands that Debtor is required to file timely Monthly Operating Reports with the court and serve the original on the United States trustee. Debtor further understands that all estate property, including the amount approved for Debtor's personal use herein, must be detailed in the Monthly Operating Reports.

WHEREFORE, Debtor requests that the court authorize the Debtor pursuant to 11 U.S.C. § 363 to use property of the estate as defined in 11 U.S.C. § 1115 to pay expenses as listed in the budget, attached as Exhibit B and described herein.

Date: 5/8/15

By: _[signature]_
Signature of Debtor

Name: Mark Vincent Kaplan
Printed name of Debtor

Date: 5/11/15

By: _[signature]_
Signature of attorney for Debtor, if any

Name: Peter M. Lively
Printed name of attorney for Debtor, if any

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                    Page 3                    F 2081-1.2.MOTION.BUDGET

June 2011

## DECLARATION OF DEBTOR IN SUPPORT OF MOTION SETTING BUDGET FOR AN INTERIM ORDER PURSUANT TO 11 U.S.C. § 363 AUTHORIZING DEBTOR TO USE PROPERTY OF THE ESTATE AS DEFINED IN 11 U.S.C. § 1115

1. I am the Debtor in this chapter 11 bankruptcy case. I make the following statements based upon my own personal knowledge.

2. I have attached as Exhibit A and Exhibit B, respectively, true and correct copies of my Schedule I & J as filed with this court.

3. The total monthly payroll tax withholdings and other deductions set forth in Exhibit A is $0.00_____. My proposed monthly living expense budget as set forth in Exhibit B is $45,418.00_____ per month as set forth in this motion.

4. Based upon my knowledge and experience, this is a reasonable estimate of my average or projected household and business expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/8__, 20 15 at Los Angeles_____, California.

By: _____
Signature of Debtor

Name: Mark Vincent Kaplan_____
Printed name of Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                                Page 4                                F 2081-1.2.MOTION.BUDGET

**Fill in this information to identify your case:**

Debtor 1: Mark Vincent Kaplan
 First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for: Central District of California

Case number: 2:15-bk-16187-RK
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income                                     12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Attorney | |
| Employer's name | Law Offices of Mark Vincent Kaplan | |
| Employer's address | 2049 Century Park East, Suite 2660<br>Los Angeles, CA 90067 | |
| How long employed there? | 13 years | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $0.00 | $0.00 |
| 3. Estimate and list monthly overtime pay. | +$0.00 | +$0.00 |
| 4. Calculate gross income. Add line 2 + line 3. | $0.00 | $0.00 |

Official Form B 6I                    Schedule I: Your Income                    page 1

Exhibit "A" – Page 1 of 2

| Debtor 1 | Mark Vincent Kaplan | | Case number *(if known)* 2:15-bk-16187-RK |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | → 4. | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |

7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. List all other income regularly received:

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 49,000.00 | $ 0.00 |

   8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |

   8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
   8e. Social Security | 8e. | $ 0.00 | $ 0.00 |

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____ | 8f. | $ | $ 0.00 |

   8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
   8h. Other monthly income. Specify: _____ | 8h. | + $ | + $ 0.00 |

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 49,000.00 | $ 0.00 |

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 49,000.00 | + | $ 0.00 | = | $ 49,000.00 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____ | 11. + $ 0.00 |

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies | 12. | $ 49,000.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ☒ Yes. Explain: Debtor's draws vary from month to month, amount in 8a. represents average monthly draws from 2014.

Official Form B 6I                     Schedule I: Your Income                     page 2

Exhibit "A" - Page 2 of 2

**Fill in this information to identify your case:**

Debtor 1: Mark Vincent Kaplan
(First Name) (Middle Name) (Last Name)

Debtor 2:
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for: Central District of California

Case number: 2:15-bk-16187-RK
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
   _____
   MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☒ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?        ☒ No
   Do not list Debtor 1 and       ☐ Yes. Fill out this information for each dependent...........
   Debtor 2.
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?   ☒ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $16,250.00

   If not included in line 4:

   4a. Real estate taxes                                              4a. $4,630.00
   4b. Property, homeowner's, or renter's insurance                   4b. $323.00
   4c. Home maintenance, repair, and upkeep expenses                  4c. $500.00
   4d. Homeowner's association or condominium dues                    4d. $0.00

Official Form B 6J                    Schedule J: Your Expenses                    page 1

Exhibit "B" - Page 1 of 3

Debtor 1  **Mark Vincent Kaplan**
        First Name     Middle Name     Last Name

Case number *(if known)* 2:15-bk-16187-RK

**Your expenses**

| | | |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $0.00 |
| 6. | Utilities: | |
| 6a. | Electricity, heat, natural gas | 6a. $275.00 |
| 6b. | Water, sewer, garbage collection | 6b. $700.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $152.00 |
| 6d. | Other. Specify: See Attachment 1 | 6d. $1,827.00 |
| 7. | Food and housekeeping supplies | 7. $2,500.00 |
| 8. | Childcare and children's education costs | 8. $0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $1,500.00 |
| 10. | Personal care products and services | 10. $350.00 |
| 11. | Medical and dental expenses | 11. $400.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $750.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $1,000.00 |
| 14. | Charitable contributions and religious donations | 14. $0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a. $492.00 |
| 15b. | Health insurance | 15b. $0.00 |
| 15c. | Vehicle insurance | 15c. $0.00 |
| 15d. | Other insurance. Specify: | 15d. $0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $0.00 |
| 17. | Installment or lease payments: | |
| 17a. | Car payments for Vehicle 1 | 17a. $2,770.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $0.00 |
| 17c. | Other. Specify: | 17c. $ |
| 17d. | Other. Specify: | 17d. $ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). | 18. $10,500.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. $0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| 20a. | Mortgages on other property | 20a. $0.00 |
| 20b. | Real estate taxes | 20b. $0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $0.00 |

Debtor 1  **Mark Vincent Kaplan**
          First Name    Middle Name    Last Name

Case number (if known) 2:15-bk-16187-RK

21. Other. Specify: See Attachment 2     21. +$ 499.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.     22. $ 45,418.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a. $ 49,000.00

    23b. Copy your monthly expenses from line 22 above.     23b. − $ 45,418.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.     23c. $ 3,582.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    [X] No.
    [ ] Yes.    Explain here:

Official Form B 6J      Schedule J: Your Expenses      page 3

Exhibit "B" - Page 3 of 3

| In re: | | CHAPTER 11 |
|---|---|---|
| Mark Vincent Kaplan | | |
| | Debtor(s). | CASE NUMBER 2:15-bk-16187-RK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11268 Washington Boulevard, Suite 203, Culver City, California 90230-4647.

A true and correct copy of the foregoing document entitled: NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER PURSUANT TO 11 U.S.C. § 363 SETTING BUDGET FOR INTERIM USE OF ESTATE PROPERTY AS DEFINED IN 11 U.S.C. § 1115 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 11, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On May 11, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/11/2015 | David Ramos | /s/ David Ramos |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            F 9013-3.1.PROOF.SERVICE

| In re:                  |            | CHAPTER 11                        |
|-------------------------|------------|-----------------------------------|
| Mark Vincent Kaplan     | Debtor(s). | CASE NUMBER 2:15-bk-16187-RK      |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

United States Trustee:
United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Alvin Mar
alvin.mar@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**via U.S. Mail:**

SEE ATTACHED MAILING MATRIX

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                       F 9013-3.1.PROOF.SERVICE

DEBTOR:
MARK VINCENT KAPLAN
9237 FLICKER WAY
LOS ANGELES, CA 90069

CREDITOR:
AMAZON LEASING, INC.
11501 PRESILLA ROAD
CAMARILLO, CA 93012

CLEAR RECON CORP.
4375 JUTLAND DRIVE, SUITE 200
SAN DIEGO, CA 92117

FRANCHISE TAX BOARD
ATTENTION: BANKRUPTCY
P.O. BOX 2952
SACRAMENTO, CA 95812

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
ATTN: SONIA ARAGON
300 N. LOS ANGELES STREET
MAIL STOP 5022
LOS ANGELES, CA 90012

LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
P.O. BOX 54110
LOS ANGELES, CA 90054

NATIONSTAR MORTGAGE, LLC.
P.O. BOX 619096
DALLAS, TX 75261-9741

| In re: | CHAPTER 11 |
|---|---|
| Mark Vincent Kaplan | |
| Debtor(s). | CASE NUMBER 2:15-bk-16187-RK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11268 Washington Boulevard, Suite 203, Culver City, California 90230-4647.

A true and correct copy of the foregoing document entitled: DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o): NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER PURSUANT TO 11 U.S.C. § 363 SETTING BUDGET FOR INTERIM USE OF ESTATE PROPERTY AS DEFINED IN 11 U.S.C. § 1115 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 29, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On May 29, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/29/2015 | David Ramos | /s/ David Ramos |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| In re:<br>Mark Vincent Kaplan                Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:15-bk-16187-RK |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

United States Trustee:
United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Alvin Mar
alvin.mar@usdoj.gov

Courtesy NEF:
Todd S Garan
Pite Duncan LLP
ch11ecf@piteduncan.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

via U.S. Mail:

Debtor:
Mark Vincent Kaplan
9237 Flicker Way
Los Angeles, CA 90069

Judge:
Honorable Robert Kwan
U.S. Bankruptcy Court
Central District of California
Edward Roybal Federal Building
255 E. Temple Street, Suite 1682
Los Angeles, California 90012-3332

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE