| ☒ Recording requested by a return to:<br>Peter M. Lively<br>Law Office of Peter M. Lively<br>11268 Washington Blvd., Suite 203<br>Culver City, CA 90230<br>Telephone: (310) 391-2400 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>  Mark Vincent Kaplan<br>                                    Debtor | CASE NUMBER 2:15-bk-16187-RK<br>ADVERSARY NUMBER |
| Plaintiff<br>vs.<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address      Mark Vincent Kaplan
   
                            9237 Flicker Way
   
                            Los Angeles, CA 90069
   
                            ☐ Address Unknown

   b. Driver's License No. _____    ☒ Unknown

   c. Social Security No.   XXX-XX-8621                      ☐ Unknown

2. The Summons was personally served at, or mail to (address):

   See Attachment to Abstract of Judgment

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated: 12/14/16                        _____
                                          (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re          (SHORT TITLE)<br>Mark Vincent Kaplan<br>Debtor(s). | CHAPTER 11<br>ADVERSARY NO.: |
|---|---|

4. I certify that in the above-entitled action and Court, Judgment was entered on September 1, 2016,

in favor of Law Office of Peter M. Lively and against Mark Vincent Kaplan

for  $ 0.00                          Principal,

$ 0.00                          Interest,

$ 24,615.67                     Attorney's Fees, and

$ 0.00                          Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this ____16th____ day of ____December 2016____.

KATHLEEN ███████████
Clerk of the Bankruptcy Court

By: _Nawnetth Francis_
Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*

In re. Mark Vincent Kaplan
Case No. 2:15-bk-16187-RK

## Attachment to Abstract of Judgment

The Judgment upon which this Abstract of Judgment is based does not arise from an adversary proceeding, and therefore did not require the service of a Summons. The Judgment is entitled Order Approving Final Fee Application of Law Office of Peter M. Lively and was entered against Judgment Debtor Mark Vincent Kaplan on September 1, 2016. Pursuant to Federal Rules of Bankruptcy Procedure 9001 and 9002, by definition, such Order is a Judgment, enforceable by all legal methods.

```
 1  Peter M. Lively, JD/MBA, SBN 162686
    Ilya B. Volk, SBN 272407
 2  Kristal D. Bradford 286985
    Law Office of Peter M. Lively
 3  11268 Washington Boulevard, Suite 203
 4  Culver City, California 9230-4647
    Telephone No.: (310) 391-2400
 5  Facsimile No.: (310) 391-2462
    Peter@PeterMLively.com
 6
 7  Counsel for Debtor and Debtors-in-Possession,
    MARK VINCENT KAPLAN
 8
```

**FILED & ENTERED**

**SEP 01 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| In re:<br><br>MARK VINCENT KAPLAN,<br><br>Debtor and Debtor-in-Possession. | Case No. 2:15-bk-16187-RK<br><br>Chapter 11<br><br>**ORDER APPROVING FINAL FEE APPLICATION OF LAW OFFICE OF PETER M. LIVELY**<br><br><u>Hearing:</u><br>Date:   August 31, 2016<br>Time:   11:00 A.M.<br>Ctrm:   1675<br>Place:  255 East Temple Street<br>        Los Angeles, CA 90012 |
|---|---|

//
//

1  The court considered the APPLICATION FOR ORDER APPROVING FINAL FEE
2  APPLICATION OF LAW OFFICE OF PETER M. LIVELY ("General Counsel's Application")
3  and finding proper service, no opposition, and based upon the supporting evidence provided,
4  hereby ORDERS:
5    1.  General Counsel's Application is APPROVED; and
6    2.  General Counsel is awarded $44,525.00 in fees and $770.56 in costs, incurred
7  while representing Debtor and Debtor-in-Possession between April 20, 2015 and July 28, 2016,
8  less the post-petition retainer balance of $20,679.89, for an unpaid balance of $24,615.67, which
9  may now be paid.
10   IT IS SO ORDERED.

###

Date: September 1, 2016

Robert Kwan
United States Bankruptcy Judge

```
            UNITED STATES
          BANKRUPTCY COURT
      CENTRAL DISTRICT OF CALIFORNIA
          LOS ANGELES DIVISION

             # 20214351 - 26
              * * C O P Y * *
             December 16, 2016
                16:03:54

              Abst of Judg-BK
              15-16187-RK LA

Debtor.: MARK VINCENT KAPLAN
Judge..: R. KWAN
Amount.:          $9.00 CM
Check#.: 018592




Amount Tendered:
Total Due-> $9.00
Change Due-> $0.00



FROM: PETER M LIVELY
      LAW OFFICE OF PETER M LIVELY
      11268 WASHINGTON BLVD STE 203
      CULVER CITY CA 90230-4647
```